# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs | ) | Case No. 3:06CR174-11 |
| | ) | |
| **Jack Reed** | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on November 15, 2021, for a period of 5 years. Based on good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in this case are terminated.

Dated this 19 day of December, 2022

_____
United States District Judge